# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

MARK SINCLAIR,

      Plaintiff,

      vs.

TRANS UNION, LLC, a Delaware limited liability company, and EQUIFAX INFORMATION SERVICES, LLC, a Georgia limited liability company, jointly and severally,

      Defendants.

_____/

Case Number 13-11991
Honorable Paul D. Borman

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT TRANS UNION, LLC, ONLY

Plaintiff Mark Sinclair, by counsel, and Defendant Trans Union, LLC, by counsel, having agreed to the entry of this Stipulated Order of Dismissal with Prejudice dismissing all claims of Plaintiff Mark Sinclair against Defendant Trans Union, LLC only, with prejudice, and the Court having been duly advised, NOW FINDS that the same should be granted.

**IT IS, THEREFORE, ORDERED** that all claims of Plaintiff Mark Sinclair against Defendant Trans Union, LLC only are dismissed, with prejudice. Plaintiff and Trans Union, LLC shall each bear their own costs and attorneys' fees.

**SO ORDERED**.

    s/Paul D. Borman
    PAUL D. BORMAN
    UNITED STATES DISTRICT JUDGE

Dated: July 11, 2013

**I consent to the entry of this order**:

Date:  July 9, 2013           _s/ with consent of Gary Nitzkin_____
Gary D. Nitzkin, Esq.
Nitzkin & Associates
22142 West Nine Mile Road
Southfield, MI  48033
Telephone:  248-353-2882
Fax:  248-213-6397
E-Mail:  gnitzkin@creditor-law.com

*Counsel for Mark Sinclair*


Date:  July 9, 2013            s/ Scott E. Brady_____
Laura K. Rang, Esq. (IN #26238-49-A)
Scott E. Brady, Esq. (IN #30534-49)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  317-363-2400
Fax:  317-363-2257
E-Mail:  lrang@schuckitlaw.com
         sbrady@schuckitlaw.com

*Counsel for Defendant Trans Union, LLC*

Brian A. Nettleingham, Esq. (MI #P58966)
Maddin, Hauser, Wartell, Roth
& Heller, P.C.
28400 Northwestern Hwy., 3rd Floor
Southfield, MI 48034
Telephone: 248-359-7503
E-Mail:  ban@maddinhauser.com

*Local Counsel for Defendant Trans Union, LLC*

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on July 11, 2013.

                                            s/Deborah R. Tofil
                                            Deborah R. Tofil
                                            Case Manager (313)234-5122